April 02, 2010

Ms. Audrey Mullert Vicknair
Law Office of Audrey Mullert Vicknair
802 N. Carancahua, Suite 1350
Frost Bank Plaza
Corpus Christi, TX 78470
Ms. Sandee Lee Hart
Dies & Hart, LLP
1009 West Green Ave.
Orange, TX 77630

RE: Case Number: 06-1022
 Court of Appeals Number: 10-04-00252-CV
 Trial Court Number: 01-09-05938-CV

Style: DEL LAGO PARTNERS, INC., AND DEL LAGO PARTNERS, L.P. DOING
 BUSINESS UNDER THE ASSUMED NAME OF DEL LAGO GOLF RESORT & CONFERENCE
 CENTER, AND BMC-THE BENCHMARK MANAGEMENT COMPANY
 v.
 BRADLEY SMITH

Dear Counsel:

 Today the Supreme Court of Texas issued opinions and judgment in the
above-referenced cause. You may obtain a copy of the opinions at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinions by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk
 by Claudia Jenks, Chief Deputy Clerk

 |cc:|Ms. Sharri Roessler |
| |Ms. Barbara |
| |Gladden-Adamick |
| |Mr. W. Wendell Hall |
| |Ms. Leslie Patterson |
| |Moore |
| |Ms. Kathleen Cassidy |
| |Goodman |
| |Mr. Reagan W. Simpson |